BEFORE THE THIRD DIVISION, APRIL 11, 1960

**No. 64075.**—Ajax Distributors, Inc., et al. *v.* United States, protests 58/11915, etc. (Houston).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 12, 1960

**No. 64076.**—Fabius & Co., Inc. *v.* United States, protest 59/19879 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.